IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Riles, Dorothy Lizzett

Printed: 2/19/08

Case Number: 04 B 11725
Judge: Squires, John H
Filed: 3/24/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 17, 2007
Confirmed: May 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,803.00 |  |
| Secured: |  | 11,462.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 4,053.00 |
| Trustee Fee: |  | 807.99 |
| Other Funds: |  | 480.00 |
| Totals: | 16,803.00 | 16,803.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 2,028.00 | 2,028.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,025.00 | 2,025.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Ticor Title | Secured | 0.00 | 0.00 |
| 5. | Ticor Title | Secured | 532.86 | 80.63 |
| 6. | Ocwen Federal Bank FSB | Secured | 671.66 | 123.33 |
| 7. | Americredit Financial Ser Inc | Secured | 27,610.46 | 11,258.05 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 24.00 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 389.78 | 0.00 |
| 10. | Capital One | Unsecured | 47.96 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 27.64 | 0.00 |
| 12. | Cash To Go | Unsecured |  | No Claim Filed |
| 13. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 14. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,357.36 | $ 15,515.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 121.72 |
| 6.5% | 121.60 |
| 3% | 14.40 |
| 5.5% | 148.52 |
| 5% | 24.00 |
| 4.8% | 166.07 |
| 5.4% | 211.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Riles, Dorothy Lizzett

Printed:  2/19/08

Case Number:  04 B 11725
Judge:  Squires, John H
Filed:  3/24/04

_____
$ 807.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____